LAW OFFICES OF JACEK W. LENTZ
Jacek W. Lentz (State Bar No. 213198)
jlentz@jaceklentz.com
Jackie Adams (State Bar No. 266807)
Jackie@LADefender.com
1055 Wilshire Blvd., Suite 1996
Los Angeles, CA 90017
Telephone: (213) 250 – 9200
Facsimile: (213) 250 - 9161

Attorneys for Claimant
WILFRED ARVIZO, JR.

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>$220,600 IN U.S. CURRENCY,<br><br>　　　　　　Defendant. | Case No. CV14-7881 [DDP, RZx]<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST FOR WILFRED ARVIZO JR.; JURY TRIAL DEMAND** |

　　　Claimant WILFRED ARVIZO, JR., through undersigned counsel, hereby makes claim to the Defendant property to wit, $220,600 in U.S. currency. Jury trial is requested.

　　　　　　　　　　　　　　　　　I.

　　　Claimant has the right to make this claim by virtue of the fact that he is the owner of the defendant property.

　　　　　　　　　　　　　　　　　II.

VERIFIED CLAIM

The property shall be returned to Claimant for the reason that said property was not and is not subject to seizure or forfeiture pursuant to Title 18, United States Code, Section 983(d), or any other statute. Claimant would further show that no probable cause existed for the seizure of such property and such property was unlawfully seized.

## VERIFICATION

I, Wilfred Arvizo, Jr., verify that I have read the foregoing Claim, and declare under penalty of perjury that the allegations therein are true and correct. Executed on this 22nd day of October, 2014.

*(signature)*
WILFRED ARVIZO, JR.

Respectfully submitted,

*(signature)*
JACEK W. LENTZ, ESQ

# PROOF OF SERVICE

I, Jacek W. Lentz, declare as follows:

I am employed in the City of Los Angeles, California. I am over the age of eighteen years, and not a party to the within case; my business address is Law Offices of Jacek W. Lentz, 1055 Wilshire Blvd, Suite 1996, Los Angeles, California 90017. On November 19, 2014 I served the within:

**VERIFIED CLAIM AND STATEMENT OF INTEREST FOR WILFRED ARVIZO, JR.**

in the U.S. District Court Case No. CV14-7881 [DDP,RZx], by sending a true copy thereof, as indicated and addressed as follows:

Ms. Jennifer Resnik, Esq.
Office of the U.S. Attorney
U.S. Courthouse, 14TH Floor
312 North Spring Street
Los Angeles, CA 90012
[Fax No.: (213) 894-7177]

[X] **(BY MAIL)** By placing such document in an envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at the Law Offices of Jacek W. Lentz, Los Angeles, California following ordinary business practice. I am readily familiar with the practice of the Law Offices of Jacek W. Lentz for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **(BY PERSONAL SERVICE)** By causing such document to be delivered by hand with instructions that it be personally served.

[ ] **(BY FACSIMILE)** By placing such document for collection and transmission at the Law Offices of Jacek W. Lentz, Los Angeles, California, to the facsimile numbers listed above. I am readily familiar with the practice of the Law Offices of Jacek W. Lentz, for collection and processing of facsimiles, said practice being that in the ordinary course of business, facsimiles are transmitted immediately after being placed for processing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 19, 2014, at Los Angeles, California.

_____
Jacek W. Lentz